THE STATE OF NEVADA, RESPONDENT, *v.* JAMES WILSON, APPELLANT.

ERRORS NOT PROPERLY PRESENTED WILL NOT BE REGARDED. Where a transcript on appeal in a criminal case contained no bill of exceptions and no statement either certified by the Judge or agreed to by the attorneys: *Held*, that there was nothing for the consideration of the Appellate Court but the indictment, the minutes, and the instructions.

APPEAL from the District Court of the Third Judicial District, Washoe County.

The defendant was indicted at the August Term, 1868, for an assault, with intent to commit murder, upon Lafayette Herbet, on June 11th, 1868, and was convicted as charged in the indictment. His motion for a new trial having been overruled, an appeal was taken; but, as stated in the opinion, there was no bill of exceptions contained in the transcript, nor did the statement appear to have been certified by the Judge or agreed to by the attorneys.

*W. C. Kennedy*, for Appellant.

*R. M. Clarke*, Attorney-General, for Respondent.

By the Court, WHITMAN, J. :

This appeal is very imperfectly presented — a matter to be

regretted in any case, particularly in one involving personal liberty. The transcript contains no bill of exceptions, and what therein purports to be a statement is neither certified by the District Judge, nor agreed to by the attorneys. There is nothing for the consideration of this Court but the indictment, the minutes of the District Court, and its instructions. As no error appears in either, the judgment is affirmed.

JOHNSON, J., did not participate in the above decision.